

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAURANCE KRIEGEL, | § | No. 08-19-00115-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | State Office of |
| | § | |
| SOUTHWESTERN PUBLIC | | Administrative Hearings |
| SERVICE COMPANY AND XCEL | § | |
| ENERGY, | | (SOAH Docket No. 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 |
| | § | PUC Docket No. 48973) |
| Appellees. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF JUNE, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.